[No. 15035-6-III.    Division Three.    October 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN
RANGEL, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 94-1-00279-7, F. James Gavin, J.,
entered July 7, 1995. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Schultheis, A.C.J., and
Kurtz, J.

[No. 15794-6-III.    Division Three.    October 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH
JACOB MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 95-1-50448-4, Craig Matheson, J., entered
April 30, 1996. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Sweeney, C.J., and Brown,
J.

[No. 19463-5-II.    Division Two.    October 31, 1997.]

LITE & RITE, INC., *Respondent*, v. KANTILAL D.
NATHWANI, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 94-2-00614-5, George L. Wood, J., entered
April 14, 1995. *Affirmed* by unpublished opinion per
Bridgewater, A.C.J., concurred in by Morgan and Arm-
strong, JJ.

[No. 19584-4-II.    Division Two.    October 31, 1997.]

MELINDA ASHLEY, *Individually and as Guardian,
Appellant*, v. RUSSELL C. HALL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-2-10301-3, Grant L. Anderson, J., entered
May 5, 1995. *Reversed* by unpublished opinion per Hough-
ton, C.J., concurred in by Bridgewater, J.; Seinfeld, J., dis-
senting.